IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEON BENSON and KOLLEEN BUNCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF INDIANAPOLIS, ALAN F. ) <br> JONES, LESLIE VANBUSKIRK, ) <br> STEVEN GARNER, ELI MCALLISTER, ) <br> and COLUMBUS RICKS, in their ) <br> individual capacities, ) <br> ) <br> Defendants. ) | Case No. 1:24-cv-00839-JPH-MJD |

## NOTICE OF AUTOMATIC INITIAL ENLARGEMENT OF TIME

Defendants, Alan F. Jones, by counsel and pursuant to Local Rule 6-1(a), hereby notify the Court of their automatic initial enlargement of time to answer or otherwise respond to the Plaintiff's Complaint. In support of this notice, the Defendants state:

1. The Defendants received service of the Plaintiffs' Complaint on June 12, 2024.

2. The Defendants' answer or other response to the Plaintiff's Complaint is due 21 DAYS AFTER SERVICE. *See* Fed. R. Civ. P. 6(d); 12(a).

3. Counsel for Defendants reasonably requires an additional twenty-eight (28) days to examine the allegations in the Plaintiffs' Complaint and prepare defenses.

4. The extension of time to answer or otherwise respond to the Plaintiff's Complaint does not interfere with any Case Management Plan, scheduled hearings, or other case deadlines.

5. An additional twenty-eight (28) days will make Defendant Jones's answer or other response to the Plaintiff's Complaint due July 31, 2024.

The undersigned has contacted Counsel for Plaintiffs regarding the extension of time via email on on July 1, 2024 at 2:13 PM, and as of the time of filing this notice, the undersigned has not yet received a response regarding whether or not Plaintiffs object to this request.

Respectfully Submitted,

OFFICE OF CORPORATION COUNSEL

*/s/ Kiely C. Keesler*
Kiely C. Keesler (35980-49)
Assistant Corporation Counsel
200 E. Washington Street, Suite 1601
Indianapolis, Indiana 46204
T: (317) 327-4055
F: (317) 327-3968
kiely.keesler@indy.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this Tuesday, July 2, 2024 a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Kiely C. Keesler*
Kiely C. Keesler (35980-49)
Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968