UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEON BENSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:24-cv-00839-JPH-MJD |
| | ) |
| CITY OF INDIANAPOLIS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Defendants' Partially Unopposed Motion to Extend Deadline to Amend Pleadings and Join Additional Parties. [Dkt. 57.]  For the reasons set forth below, the motion is **DENIED**.

Defendants seek an extension of the case management deadline to seek leave to amend the pleadings and/or join additional parties to "January 25, 2025[,] or until 30 days after the Court has had an opportunity to rule on Defendants' Motion for Judgment on the Pleadings, whichever is later." *Id.* at 2.  The reasons given for Defendants' request are that (1) the ruling on the pending motion for judgment on the pleadings "could affect the Defendants' decisions regarding whether to move to amend the pleadings and/or add additional parties"; and (2) Defendants could, through discovery, "uncover additional or new facts that could require the Defendants to amend the pleadings or join additional parties." *Id.*

The deadline set forth in the case management plan is designed to set a deadline early in the case to pin the parties down regarding their claims and defenses based on what they know at

the time in order to focus discovery; in other words, it is intended to prevent sandbagging. Motions to amend after the deadline are not precluded and are often appropriate; they are simply subject to the good cause standard of Federal Rule of Civil Procedure 16(b), rather than the more lenient standard of Rule 15(a). The good cause standard is easily satisfied if a party moves to amend promptly after discovering additional relevant information or after a ruling in the case provides reason for an amendment. Therefore, the reasons given by Defendants for extending the deadline do not support the request.

SO ORDERED.

Dated: 28 OCT 2024

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.