IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION

| | |
|---|---|
| LEON BENSON and KOLLEEN BUNCH, | ) ) ) Case No. 1: 24-CV-00839 JPH-MJD |
| Plaintiffs, | ) ) Honorable Judge James Patrick Hanlon |
| v. | ) ) Hon. Magistrate Judge Mark J. Dinsmore |
| CITY OF INDIANAPOLIS, ALAN F. JONES, LESLIE VANBUSKIRK, STEVEN GARNER, ELI MCALLISTER, and COLUMBUS RICKS, in their individual capacities, | ) ) ) ) ) ) |
| Defendants. | ) JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO AMEND THE PLEADINGS**

Now comes Plaintiffs, LEON BENSON AND KOLLEEN BUNCH, by and through her counsel, and respectfully moves this Court for an extension of time until Friday, November 15, 2024, to respond to Defendant's Motion to Amend the Pleadings (Dkt. 58). In support of this Motion, Plaintiffs state as follows:

1. On October 25, 2024, Defendants filed a Joint Motion to Amend the Answer. (Dkt. 58).

2. Pursuant to the local rules, Plaintiff's Response is due today, November 8, 2024.

3. Plaintiffs have started drafting their response. However, due to the following professional commitments and conflicts with counsel's schedule, Plaintiffs will not be able to complete their response by the due date. Those conflicts are as follows: Oral Argument in *Brown v. Louisville-Jefferson Co, KY et al.*, Case No. 23-5673 (6th Circuit); Oral Argument in *Sims v. Wicks*, Case No. 23-3201 (7th Circuit); depositions in *Yell v. City of Russellville, et al.*, Case No. 20-cv-47 (W.D. Ky.); providing trial testimony in *People v. Trutenko*, and *People v.*

*Horvat*, Case Nos. 22 CR 1350201 & 22 CR 1358601 (Cook County, Ill.) over several days; discovery responses in *Benson et al., v. City of Indianapolis et al.*, Case No. 24-cv-839 (S.D. Ind.); pretrial filings in *Horton v. City of Rockford, et al.*, Case No. 18-cv-6829 (N.D. Ill.); responses to motions to dismiss due in *Dunn v. Sigsbee, et al.*, Case No. 24-cv-601 (N.D. Ind.); responses to motions to dismiss in *Phillips v. City of Elkhart, et al.*, Case No. 24-cv-566 (N.D. Ind.); *Layman v. City of Elkhart et al.*, Case No. 24-cv-602 (N.D. Ind.).

4. As a result, Plaintiffs seek to extend the response deadline to Friday, November 15, 2024, to respond to Defendants/ Motion.

5. At the time of this filing, Plaintiff has not received a response from counsel for Defendant Jones. Counsel for the remaining Defendants do not oppose Plaintiffs' request.

DATED: November 8, 2024                     Respectfully submitted,

                                            s/ Elliot Slosar
                                            One of Plaintiff's Attorneys
                                            Jon Loevy
                                            Elliot Slosar
                                            Amy Robinson Staples
                                            Katie Montenegro
                                            LOEVY & LOEVY
                                            311 N. Aberdeen, 3rd FL
                                            Chicago, IL 60607
                                            312-243-5900
                                            Elliot@loevy.com

## CERTIFICATE OF SERVICE

I, Elliot Slosar, an attorney, hereby certify that on November 8, 2024, I filed the foregoing motion via the Court's CM/ECF System and thereby served a copy on all counsel of record.

/s/ Elliot Slosar