UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEON BENSON, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:24-cv-00839-JPH-MJD |
| CITY OF INDIANAPOLIS, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Defendants' Joint Motion for Extension of Time to File Reply in Support of Their Motion for Partial Judgment on the Pleadings. [Dkt. 71.] The Court, being duly advised, hereby **GRANTS** the motion. Defendants City of Indianapolis, Alan F. Jones, Leslie VanBuskirk, Steven Garner, Eli McAlister, and Columbus Ricks have up to and including **December 16, 2024** within which to file their Reply in Support of their Motion for Partial Judgement on the Pleadings.

SO ORDERED.

Dated: 2 DEC 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.