UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LEON BENSON, | ) | |
| KOLLEEN BUNCH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-00839-JPH-MJD |
| | ) | |
| CITY OF INDIANAPOLIS, | ) | |
| ALAN F. JONES, | ) | |
| LESLIE VANBUSKIRK, | ) | |
| STEVEN GARNER, | ) | |
| ELI MCALLISTER, | ) | |
| COLUMBUS RICKS, | ) | |
| | ) | |
| Defendants. | ) | |

**SCHEDULING ORDER**

This matter comes before the Court on nonparty Indiana Board of Law Examiners'

Motion to Quash Subpoena.  [Dkt. 83.]  Any response to the motion shall be filed on or before

**December 30, 2024**.  Any reply in support of the motion shall be filed on or before **January 2,**

**2025**.

SO ORDERED.


Dated:  20 DEC 2024

_____

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana


Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.