UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LEON BENSON and KOLLEEN BUNCH, | ) | CASE NO. 1:24-cv-00839 JPH-MJD |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF INDIANAPOLIS, ALAN F. JONES, LESLIE VANBUSKIRK, STEVEN GARNER, ELI MCALLISTER, and COLUMBUS RICKS, in their individual capacities, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE THAT Defendants City of Indianapolis, Leslie VanBuskirk, Steven Garner, Eli McAlister, and Columbus Ricks, by counsel, plan to take the following depositions, on the dates and times and at the location listed below. To counsel of record for the deponent, this is a demand that you produce the deponent at the date and time listed.

| NAME | DATE | TIME | LOCATION |
|---|---|---|---|
| **Randy Head** | TBD | TBD | FROST BROWN TODD 111 Monument Circle, Suite 4500 Indianapolis, IN 46204 |
| **Heather Barton** | TBD | TBD | FROST BROWN TODD 111 Monument Circle, Suite 4500 Indianapolis, IN 46204 |

1

| **Adrienne Meiring** | TBD | TBD | FROST BROWN TODD 111 Monument Circle, Suite 4500 Indianapolis, IN 46204 |
|---|---|---|---|
| **Mark Stoner** | TBD | TBD | FROST BROWN TODD 111 Monument Circle, Suite 4500 Indianapolis, IN 46204 |
| **Kelley Bauder** | TBD | TBD | FROST BROWN TODD 111 Monument Circle, Suite 4500 Indianapolis, IN 46204 |
| **Timothy J. Miller** | TBD | TBD | FROST BROWN TODD 111 Monument Circle, Suite 4500 Indianapolis, IN 46204 |
| **James Hendrix** | TBD | TBD | FROST BROWN TODD 111 Monument Circle, Suite 4500 Indianapolis, IN 46204 |
| **Joseph Webster** | TBD | TBD | FROST BROWN TODD 111 Monument Circle, Suite 4500 Indianapolis, IN 46204 |
| **Christy Schmidt** | TBD | TBD | FROST BROWN TODD 111 Monument Circle, Suite 4500 Indianapolis, IN 46204 |
| **Donald Brooks** | TBD | TBD | FROST BROWN TODD 111 Monument Circle, Suite 4500 Indianapolis, IN 46204 |

| | | | |
|---|---|---|---|
| **Burgess Meredith** | TBD | TBD | FROST BROWN TODD 111 Monument Circle, Suite 4500 Indianapolis, IN 46204 |
| **Yolanda Hill** | TBD | TBD | FROST BROWN TODD 111 Monument Circle, Suite 4500 Indianapolis, IN 46204 |
| **Dakarai Fulton** | TBD | TBD | FROST BROWN TODD 111 Monument Circle, Suite 4500 Indianapolis, IN 46204 |
| **Latasha Shepherd** | TBD | TBD | FROST BROWN TODD 111 Monument Circle, Suite 4500 Indianapolis, IN 46204 |
| **Derald Cooper** | TBD | TBD | FROST BROWN TODD 111 Monument Circle, Suite 4500 Indianapolis, IN 46204 |
| **Shirley Gaskin** | TBD | TBD | FROST BROWN TODD 111 Monument Circle, Suite 4500 Indianapolis, IN 46204 |
| **Carol Knight** | TBD | TBD | FROST BROWN TODD 111 Monument Circle, Suite 4500 Indianapolis, IN 46204 |
| **Leon Benson** | TBD | TBD | FROST BROWN TODD 111 Monument Circle, Suite 4500 Indianapolis, IN 46204 |

| **Kolleen Bunch** | TBD | TBD | FROST BROWN TODD<br>111 Monument Circle, Suite 4500 Indianapolis, IN 46204 |

Respectfully submitted,

FROST BROWN TODD LLP

By: _/ s / Alexander P. Will_
Anthony W. Overholt, #16481-49
Alexander P. Will, #23474-49
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN  46244-0961
Telephone:     (317) 237-3800
Facsimile:      (317) 237-3900
Email:  aoverholt@fbtlaw.com
awill@fbtlaw.com

*Attorney for Defendants City of Indianapolis, Leslie VanBuskirk, Steven Garner, Eli McAlister, and Columbus Ricks.*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he served the foregoing document upon all parties of record by electronic correspondence on September 5, 2024.

_/s/ Alexander P. Will_
Alexander P. Will

LR02314.0779895   4857-4548-2971v2