UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEON BENSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:24-cv-00839-JPH-MJD |
| ) | |
| CITY OF INDIANAPOLIS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| INDIANA BOARD OF LAW EXAMINERS, ) | |
| ) | |
| Interested Party. ) | |

**ORDER TO SHOW CAUSE**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

Amy Robinson Staples, Charlie Chaya Nelson Keever, Elliot Slosar, Kathryn Montenegro, and Lara Abigail Bazelon, counsel for Plaintiffs Leon Benson and Kolleen Bunch, are hereby ordered to show cause why they failed to appear for the March 12, 2025 Telephonic Status Conference [Dkts. 99 & 103] scheduled in this matter. Amy Robinson Staples, Charlie Chaya Nelson Keever, Elliot Slosar, Kathryn Montenegro, and Lara Abigail Bazelon, shall have to and including **March 27, 2025** to respond to this order. Failure to respond to the Order to Show Cause may result in sanctions.

SO ORDERED.

Dated:   13 MAR 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.