UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEON BENSON, <br> KOLLEEN BUNCH, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF INDIANAPOLIS, <br> ALAN F. JONES, <br> LESLIE VANBUSKIRK, <br> STEVEN GARNER, <br> ELI MCALLISTER, <br> COLUMBUS RICKS, <br><br> Defendants. | No. 1:24-cv-00839-JPH-MJD |

**MINUTE ENTRY FOR JUNE 4, 2025**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties discussed the status of and future plans for discovery.

This matter is scheduled for an in-person status conference on **Wednesday, July 2, 2025 at 10:30 a.m. (Eastern)**, in Room 277, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Mark J. Dinsmore, to discuss case status, as well as the parties' next Supplemental Joint Report on the Status of Discovery, which is due June 30, 2025.

Dated: 4 JUN 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.