UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **LEON BENSON and KOLLEEN BUNCH,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) **CASE NO. 1:24-cv-00839 JPH-MJD** |
| **CITY OF INDIANAPOLIS, ALAN F. JONES, LESLIE VANBUSKIRK, STEVEN GARNER, ELI MCALLISTER, and COLUMBUS RICKS, in their individual capacities,** | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

<u>**August 25, 2025 Supplemental Joint Report on the Status of Discovery**</u>

The parties, pursuant to this Court's August 4, 2025 Order (ECF No. 128), submit this supplemental joint report on the status of discovery disputes:

**1.      A detailed description of all discovery completed within the preceding 28 days.**

On August 1, 2025, Defendants Leslie VanBuskirk and Eli McAlllister served supplemental responses to Plaintiff's interrogatories.

On August 6, 2025, Defendant Columbus Ricks served supplemental responses to Plaintiff's interrogatories.

On August 14, 2205, the parties conferred by Teams and selected available deposition dates in August, September and October.

On August 15, 2025, Adrienne Meiring was deposed by the parties.

**2.      A detailed description of all discovery presently scheduled or pending, including the due dates for any pending discovery requests and the scheduled dates for any depositions, and the identity of the counsel responsible for completing such discovery.**

As discussed above, the parties plan to continue depositions in accordance with the schedule included herewith. A copy of the proposed August 25, 2025 deposition schedule is included herewith.

**3.      A detailed description of any discovery disputes presently pending, including the status of the resolution of the dispute and the identity of the counsel responsible for resolving the dispute.**

On August 22, 2025, Plaintiffs' counsel conferred with Defendant Jones's counsel regarding his position on certain contention interrogatory responses. During the meet and confer, Defendant Jones agreed to supplement his responses to contention interrogatories number 7 and number 10 by September 8, 2025.

Separately, Defendant Jones's counsel conferred with Plaintiffs' counsel regarding Plaintiff Benson's responses to interrogatories No. 7 and 9. Plaintiff Benson agreed to supplement those responses by September 8, 2025.

With those supplementations, the parties anticipate having no pending written discovery disputes that are at issue for the Court.

**4.      A detailed description of all discovery that is planned to be completed within the 28-day period following the report, including the identity of the counsel responsible for completing such discovery.**

Please see responses to Topic Number 2 and the Amended Notice of Depositions submitted herewith.

**5.      A description of all known discovery remaining to be completed in this matter, including a proposed timetable for the completion of such discovery and the identity of the counsel responsible for completing such discovery.**

Please see response to Topic Number 2 and the Amended Notice of Depositions submitted herewith.

**6.      Any other discovery issues any party believes should be brought to the attention of the Court so as to avoid any further delays in the completion of discovery in this matter.**

See above responses.

RESPECTFULLY SUBMITTED,


                                              FROST BROWN TODD LLP


*/s/ Elliot Slosar (with permission)*            */s/ Alexander P. Will*
Jon Loevy                                        Anthony W. Overholt, #16481-49
Elliot Slosar                                    Alexander P. Will, #23474-49
Margaret E. Campbell
LOEVY & LOEVY                                    Attorneys for Defendants City of
311 N. Aberdeen, 3rd Floor                       Indianapolis, Leslie VanBuskirk, Steven
Chicago, IL 60607                                Garner, Eli McAllister, and Columbus Ricks
(312) 243-5900
Fax: (312) 243-5902
*Plaintiff's Counsel*


                                                 */s/ Jeffrey Kivetz (with permission)*
                                                 James G. Sotos
                                                 Jeffrey R. Kivetz
                                                 The Sotos Law Firm, P.C.

                                                 Attorney for Defendant Alan Jones

3