UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEON BENSON, et al., | ) |
|           Plaintiffs, | ) |
| v. | ) No. 1:24-cv-00839-JPH-MJD |
| CITY OF INDIANAPOLIS, et al., | ) |
|           Defendants. | ) |
| INDIANA BOARD OF LAW EXAMINERS, | ) |
|           Interested Party. | ) |

**ORDER**

This matter is before the Court on the Defendants' motion for leave to depose inmate Ezell Neville, an incarcerated individual at FCI Greenville operated by the Bureau of Prisons. [Dkt. 135.] The Court, being duly advised, hereby **GRANTS** the motion. Defendants are granted leave to depose inmate Ezell Neville at a date to be arranged with the facility and prior to the close of discovery. The deposition may be taken via a videoconferencing service.

SO ORDERED.

Dated: 6 OCT 2025

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.