UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEON BENSON, <br> KOLLEEN BUNCH, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF INDIANAPOLIS, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:24-cv-00839-JPH-MJD <br> ) <br> ) <br> ) <br> ) |

**ORDER ON MOTION TO STAY DEADLINES**

Defendants have filed a motion to stay the remaining deadlines in this case pending a ruling on their partial motion for judgment on the pleadings. Dkt. [146]. Plaintiffs respond that the motion to stay should be denied because this case will continue regardless of the outcome of the issues raised in the partial motion for judgment on the pleadings and they would be prejudiced by delaying this litigation. Dkt. 149. Plaintiffs also indicate that they anticipate dismissing Defendants Garner and McAllister from this case. *Id.* at 2.

For the reasons in the motion and response, the motion to stay deadlines is **GRANTED IN PART** to the extent that the dispositive motion deadline is **STAYED** and will be reset after the motion for judgment on the pleadings is resolved. *See* dkt. 38 at 5. The motion is otherwise **DENIED**.

**SO ORDERED.**

Date: 11/4/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel