UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEON BENSON, <br> KOLLEEN BUNCH, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF INDIANAPOLIS, <br> ALAN F. JONES, <br> LESLIE VANBUSKIRK, <br> STEVEN GARNER, <br> ELI MCALLISTER, <br> COLUMBUS RICKS, <br><br> Defendants. <br><br> INDIANA BOARD OF LAW EXAMINERS, <br><br> Interested Party. | No. 1:24-cv-00839-JPH-MJD |

**ORDER**

On October 27, 2025, Defendants moved to stay all remaining case management deadlines pending a ruling on their Motion for Partial Judgment on the Pleadings. [Dkt. 146.] The Court granted that motion as to the dispositive motion deadline, which is now stayed, and denied the motion in all other respects. [Dkt. 154.] Thus, under the Case Management Plan, the parties' deadline to file a statement of claims and defenses remained due on November 7, 2025. [Dkt. 38 at 5.] Defendants timely filed their statement of affirmative defenses on November 7, 2025, but Plaintiffs did not file a statement of claims by that deadline. [Dkt. 157.]

On November 8, 2025, Plaintiffs filed the instant Motion for Clarification. [Dkt. 159.] In that motion, Plaintiffs state that they interpreted the Court's previous order as staying the dispositive motion deadline and the deadline to file a statement of claims and defenses. [*Id.* at ¶

6.] Plaintiffs now seek an order that expressly stays the deadline to file a statement of claims and defenses pending a ruling on Defendant's Motion for Partial Judgment on the Pleadings. [*Id.* at ¶ 8.] Alternatively, Plaintiffs ask the Court to accept their belated statement of claims, which they filed on the same day as their Motion to Clarify. [*Id.* at ¶ 9; dkt. 158.]

Plaintiffs' motion is **GRANTED** to the extent that Plaintiffs' statement of claims [Dkt. 158], which was filed on November 8, 2025, is hereby deemed timely. The motion is **DENIED** in all other respects.

SO ORDERED.

Dated: 12 NOV 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email