IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION

| | |
|---|---|
| LEON BENSON and KOLLEEN BUNCH, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF INDIANAPOLIS, ALAN F. JONES, LESLIE VANBUSKIRK, STEVEN GARNER, ELI MCALLISTER, and COLUMBUS RICKS, in their individual capacities, <br><br> Defendants. | Case No. 1:24-CV-00839 JPH-MJD <br><br> Honorable Judge James Patrick Hanlon <br><br> Hon. Magistrate Judge Mark J. Dinsmore <br><br><br><br> JURY TRIAL DEMANDED |

<u>ORDER</u>

Upon Motion of the Defendant, ALAN JONES, by counsel, and this Court being sufficiently advised;

IT IS HEREBY ORDERED that Defendant Alan Jones' Unopposed Motion for Extension of Time to Reply In Support of His Motion for Protective Order (Dkt.165) is GRANTED. Defendant will have until December 8, 2025 to file his response.

_____