UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEON BENSON and KOLLEEN BUNCH, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 1:24-cv-00839 JPH-MJD |
| CITY OF INDIANAPOLIS, ALAN F. JONES, LESLIE VANBUSKIRK, STEVEN GARNER, ELI MCALLISTER, and COLUMBUS RICKS, in their individual capacities, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

**December 15, 2025 Supplemental Joint Report on the Status of Discovery**

The parties, pursuant to this Court's August 4, 2025 Order (ECF No. 128) and the Court's supplement for the September 24, 2025 status conference (ECF No. 133), submit this supplemental joint report on the status of discovery disputes:

1.  **A detailed description of all discovery completed within the preceding 28 days.**

On October 28, 2025, the City Defendants received a response from Wondery with a link to a production. Due to proprietary software, counsel did not initially have the ability to view the production. City Defendants produced these documents on Monday, December 15, 2025.

On November 19, 2025, the parties deposed Ezell Neville.

2.  **A detailed description of all discovery presently scheduled or pending, including the due dates for any pending discovery requests and the scheduled dates for any depositions, and the identity of the counsel responsible for completing such discovery.**

None at this time.

3.  **A detailed description of any discovery disputes presently pending, including the status of the resolution of the dispute and the identity of the counsel responsible for resolving the dispute.**

Defendant Alan Jones's Motion for Protective Order is fully briefed before this Court. The

parties are not aware of any other disputes at this time. While not a dispute, Plaintiffs also filed a

motion for an extension of expert disclosures.  (ECF No. 171.)

**4.** **A detailed description of all discovery that is planned to be completed within the 28-day period following the report, including the identity of the counsel responsible for completing such discovery.**

    None at this time.

**5.** **A description of all known discovery remaining to be completed in this matter, including a proposed timetable for the completion of such discovery and the identity of the counsel responsible for completing such discovery.**

    None at this time.

**6.** **Any other discovery issues any party believes should be brought to the attention of the Court so as to avoid any further delays in the completion of discovery in this matter.**

    See above responses.

Respectfully submitted,

                                 FROST BROWN TODD LLP

/s/ *Elliot Slosar (with permission)*
Jon Loevy
Elliot Slosar
Margaret E. Campbell
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
Fax: (312) 243-5902

Attorneys for Plaintiffs

/s/ *Alexander P. Will*
Anthony W. Overholt, #16481-49
Alexander P. Will, #23474-49

Attorneys for Defendants City of
Indianapolis, Leslie VanBuskirk, Steven
Garner, Eli McAllister, and Columbus Ricks

LR02314.0779895   4923-1157-9266v1
12/15/2025 4:04 pm

/s/ *Jeffrey Kivetz (with permission)*
James G. Sotos
Jeffrey R. Kivetz
The Sotos Law Firm, P.C.

Attorney for Defendant Alan Jones