UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEON BENSON and KOLLEEN BUNCH, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) CASE NO. 1:24-cv-00839 JPH-MJD |
| CITY OF INDIANAPOLIS, ALAN F. JONES, LESLIE VANBUSKIRK, STEVEN GARNER, ELI MCALLISTER, and COLUMBUS RICKS, in their individual capacities, | ) ) ) ) ) ) |
| Defendants. | ) |

**January 12, 2026 Supplemental Joint Report on the Status of Discovery**

The parties, pursuant to this Court's entry on the December 17, 2025 status conference (ECF No. 176), submit this supplemental joint report on the status of discovery disputes:

1. **A detailed description of all discovery completed within the preceding 28 days.**

    On December 15, 2025, the Court entered an order denying Defendant Alan Jones's Motion for Protective Order regarding his deposition. On December 16, 2025, the parties received notice of the Court's ruling. On December 17, 2025, Plaintiff's counsel requested dates for Plaintiff's deposition.

    On December 29, 2025, Defendant Alan Jones filed an objection to the Court's ruling pursuant to Federal Rule of Civil Procedure 72(a).

2. **A detailed description of all discovery presently scheduled or pending, including the due dates for any pending discovery requests and the scheduled dates for any depositions, and the identity of the counsel responsible for completing such discovery.**

    None at this time.

**3.     A detailed description of any discovery disputes presently pending, including the status of the resolution of the dispute and the identity of the counsel responsible for resolving the dispute.**

Defendant Alan Jones has objected to the Court's ruling on the Motion for Protective Order. The parties are not aware of any other disputes at this time. While not a dispute, Plaintiffs also filed a motion for an extension of expert disclosures. (ECF No. 171.)

**4.     A detailed description of all discovery that is planned to be completed within the 28-day period following the report, including the identity of the counsel responsible for completing such discovery.**

Plaintiffs' expert disclosures are due on or before January 29, 2026. Defendants also anticipate Plaintiffs' supplementing responses to any interrogatories and requests for the production requesting information on Plaintiffs' expert disclosures.

**5.     A description of all known discovery remaining to be completed in this matter, including a proposed timetable for the completion of such discovery and the identity of the counsel responsible for completing such discovery.**

Defendants anticipate depositions of Plaintiffs experts in February or early March 2026.

Defendants anticipate expert disclosures on or before March 30, 2026. Defendants anticipate supplementing their responses to any interrogatories and requests for production at that time as well.

The parties anticipate depositions of their expert(s) as well.

**6.     Any other discovery issues any party believes should be brought to the attention of the Court so as to avoid any further delays in the completion of discovery in this matter.**

See above responses.

Respectfully submitted,

                            FROST BROWN TODD LLP

*/s/ Elliot Slosar (with permission)*       */s/ Alexander P. Will*
Jon Loevy                                       Anthony W. Overholt, #16481-49
Elliot Slosar                                   Alexander P. Will, #23474-49
Margaret E. Campbell
LOEVY & LOEVY                        Attorneys for Defendants City of
311 N. Aberdeen, 3rd Floor            Indianapolis, Leslie VanBuskirk, Steven
Chicago, IL 60607                       Garner, Eli McAllister, and Columbus Ricks
(312) 243-5900
Fax: (312) 243-5902

Attorneys for Plaintiffs

                            */s/ Jeffrey Kivetz (with permission)*
                            James G. Sotos
LR02314.0779895   4923-1157-9266v1      Jeffrey R. Kivetz
12/15/2025 4:04 pm                     The Sotos Law Firm, P.C.

LR02314.0779895   4918-1440-6791v1
1/9/2026 4:55 pm                     Attorney for Defendant Alan Jones