**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **LEON BENSON and KOLLEEN BUNCH,** ) | **CASE NO. 1:24-cv-00839 JPH-MJD** |
| ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **CITY OF INDIANAPOLIS, ALAN F.** ) | |
| **JONES, LESLIE VANBUSKIRK,** ) | |
| **STEVEN GARNER, ELI MCALLISTER,** ) | |
| **and COLUMBUS RICKS, in their** ) | |
| **individual capacities,** ) | |
| ) | |
| **Defendants.** ) | |

**<u>Defendants' Unopposed Motion for Leave to Extend the Expert Disclosure Deadline</u>**

Defendants City of Indianapolis, Alan Jones, Leslie VanBuskirk, and Columbus Ricks, by their respective counsel, now file their Unopposed Motion for Leave to Extend the Expert Disclosure Deadline and, in support thereof, state as follows:

1. On December 15, 2025, Plaintiffs moved (unopposed) for a 45-day extension of time to disclose their respective experts. (ECF No. 171 at 3-4.)

2. On December 17, 2025, this Court granted Plaintiffs' request and set the following expert disclosure deadlines: Plaintiffs' experts to be disclosed on January 29, 2026, Defendants' experts to be disclosed on March 30, 2026, and motions to limit or preclude expert testimony on June 15, 2026. (ECF No. 176 at 1)

3. The Court also extended the time in which to file and serve the parties respective final witness and exhibits list to March 31, 2026. (*Id.* at 2.)

4. On January 29, 2026, Plaintiffs timely disclosed their eyewitness identification expert, Dr. Brian Cutler, along with his expert report.

5. On February 19, 2026, City Defendants' counsel requested dates for the deposition of Dr. Cutler. On March 3, 2026, Plaintiffs' counsel notified Defendants regarding Dr. Cutler's availability for deposition. Unfortunately, Dr. Cutler, who resides in Phoenix, Arizona, was only available to be deposed on March 27, 2026—just a few days before Defendants' disclosures are due.

6. Given the timing of Dr. Cutler's availability, Defendants will not have sufficient time in order to address Dr. Cutler's opinions before Defendants' March 30 expert disclosure deadline.

7. To be sure, Defendants have retained their own eyewitness identification expert, who is in the process of reviewing all of the materials associated with the expected report, Defendants will just be unable to depose, obtain a transcript, and provide their expert sufficient time to review Dr. Cutler's deposition before the current March 31, 2026 deadline.

8. Additionally, Defendants are also working with and anticipate disclosing an additional expert in the field of police practices and procedures in order to support the defense of their case, but given the voluminous materials exchanged between the parties related to the underlying investigation, requires additional time in order to finalize the report.

9. On top of that, primary defense counsel for Defendant Alan Jones, Jeffrey R. Kivetz, has been delayed in working with the defense experts because he was on 3-week trial in the Northern District of Illinois from February 2 to February 19, 2026, in *Rios v. Guevera*, et al., Case No. 22-cv-3972, and upon completion of the trial suffered from nearly a week long medical illness.

10. While fine now, Mr. Kivetz also has an upcoming long-scheduled vacation for the week of March 23, which will make it extremely difficult to finalize the experts reports under the current deadline. Mr. Kivetz has been lead counsel for Mr. Jones throughout the case, conducting or defending most depositions on behalf of Mr. Jones.

11. Additionally, City Defendants' counsel have also had conflicts during the same period which have delayed during the same period:

2

a. Mr. Overholt has been engaged numerous matters, including significant trial preparations and settlement negotiations in a high-profile wrongful death case, *Estate of Whitfield v. City of Indianapolis, et al.*, Case No. 1:22-cv-01246 SEB-MJD. That case was set for final pretrial conference on February 10, 2026 and trial on February 26, 2026; however, the parties settled the case shortly before trial after extensive settlement negotiations.

b. Mr. Will has been engaged in summary judgment briefing and trial preparations in *Anschutz v. The Connor Group, Inc. d/b/a Domain XIV*, Cause No. 06C01-2211-PL-001449, including filing a motion for summary judgment on January 30, 2026, conducting discovery depositions on February 26, 2026, submitting expert disclosures on March 2, 2026, responding to a motion to strike on March 13, 2026, and preparing for the upcoming bench trial on May 4, 2026 and May 6, 2026.

c. Mr. Will also prepared all submissions for the February 17, 2026 settlement conference in this matter, in addition to preparing for and attending the settlement conference.

12. Accordingly, Defendants request an additional 2 weeks, up to April 13, 2026 in order to disclose their expert reports.

13. Given granting this Motion would also likely affect the timing of the disclosure of the Final Witness and Exhibit List for trial in this matter and thus, Defendants also request an extension up to April 14, 2026 for all parties to file their Final Witness and Exhibit List. In the alternative, Defendants request leave to supplement their Final Witness and Exhibit List on or before April 14, 2026 with their expert witnesses.

14. On March 19, 2026, City Defendants' counsel reached out to Plaintiffs' counsel, Elliot Slosar, and Plaintiffs have indicated that they do not object to the extension.

15.     This is Defendants first request for an extension of time with regard to expert witnesses, and this motion is not made for the purpose of delay and will not prejudice any party.

WHEREFORE, Defendants respectfully request that this Court GRANT (1) their Unopposed Motion for Leave to Extend the Expert Disclosure Deadline to April 13, 2026 and (2) to extend the Final Witness and Exhibit List deadline for all parties to April 14, 2026—or in the alternative grant Defendants leave to supplement their Final Witness and Exhibit List by this date, plus any further relief this Court deems just and proper.

Respectfully submitted,

FBT GIBBONS LLP

/s/ *Alexander P. Will*
Anthony W. Overholt, #16481-49
Alexander P. Will, #23474-49

Attorneys for Defendants City of
Indianapolis, Leslie VanBuskirk, and
Columbus Ricks

/s/ *Jeffrey R. Kivetz (with permission)*
Jeffrey R. Kivetz
Laura M. Ranum
Andrew Leuchtmann
The Sotos Law Firm, P.C.

Attorneys for Defendant Alan Jones

4