**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **LEON BENSON and KOLLEEN BUNCH,** | ) |
| | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) **CASE NO. 1:24-cv-00839 JPH-MJD** |
| **CITY OF INDIANAPOLIS, ALAN F. JONES, LESLIE VANBUSKIRK, and COLUMBUS RICKS, in their individual capacities,** | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| **Defendants.** | |

**ORDER GRANTING MOTION TO EXTEND DEFENDANT'S EXPERT WITNESS DISCLOSURES AND FINAL WITNESS AND EXHIBIT LIST DEADLINE**

This matter, having come before the Court on the Defendants' Motion to Extend Defendant's Expert Disclosure Deadline and the parties' Final Witness and Exhibit List Deadline, and the Court being duly advised in the premises thereof now grants the parties' Motion.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the deadline for Defendants to file their expert disclosures is extended to April 13, 2026, and that the deadline for the parties to file their Final Witness and Exhibit List is hereby extended to and including April 14, 2026.

Date: _____

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Distribution:

All electronically registered counsel

LR02314.0779895  4917-4280-4879v1