UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEON BENSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:24-cv-00839 JPH-MJD |
| | ) |
| CITY OF INDIANAPOLIS, ALAN F. | ) |
| JONES, LESLIE VANBUSKIRK, and | ) |
| COLUMBUS RICKS, in their individual | ) |
| capacities, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' JOINT FINAL WITNESS AND EXHIBIT LISTS

Pursuant to the Court's September 5, 2024, Case Management Plan (ECF No. 38), Defendants, City of Indianapolis, Alan F. Jones, Leslie VanBuskirk, and Columbus Ricks (collectively referred to as "Defendants"), by their respective counsel, submit their Final Witness and Exhibit Lists as follows:

### Final Witness List

Defendants' final witnesses, or categories of witnesses, are:

1. Alan Jones.[1] Detective Jones was the Indianapolis Police Department ("IPD") investigating detective into the murder of Kasey Schoen. He investigated the homicide, and he provided documentation of his investigation to the Marion County Prosecutor's Office ("MCPO") for disclosure in the criminal case.

---

[1] Defendants contend Jones is not competent to give testimony for the grounds stated in Detective Jones's motion previously filed with this Court. The Magistrate Judge denied that Motion; and the Judge overruled Defendants' objection. However, Magistrate Judge Dinsmore left leave to refile the motion if new information in Detective Jones's deposition warrants. Defendants, therefore, reserve the right to list him as a witness subject to any future motions that the evidence might warrant.

2. Leslie VanBuskirk. Detective Van Buskirk (now Sergeant) was an assisting detective in the Schoen homicide investigation. She was involved in the initial part of the investigation and in speaking with eyewitness Christy Schmitt.

3. Columbus Ricks. Sergeant Ricks was not involved in the initial investigation of the Schoen homicide in any way, yet he is a named Defendant. Sergeant Ricks can testify to his role in reviewing the Schoen homicide investigation after Benson's conviction was reversed.

4. Eli McAllister. Major McAllister was not involved in the initial investigation of the Schoen homicide in any way, and he has been dismissed as a party. Major McAllister can testify to his communications with the MCPO Criminal Investigation Unit ("CIU") prior to the reversal of Benson's conviction.

5. Sgt. Roy West. Sergeant West (retired) can testify to his limited initial involvement in the Schoen homicide investigation, as well as IPD homicide policies, procedures, and practices in 1998 and 1999.

6. Commander Gracy Sibley. Commander Sibley is a representative witness for the City and IPD's successor agency, IMPD. She can testify to IPD's training, policies, practices, and procedures in effect in 1998 and 1999, including those related to training and policies for homicide investigations.

7. Randy Head. Mr. Head was the deputy prosecuting attorney who prosecuted Mr. Benson and can testify regarding the case and prosecution against Mr. Benson, as well as his role in discovery. He can also testify to his knowledge of MCPO practices and policies at the time.

8. Adrienne Meiring. Ms. Meiring was the assigned deputy prosecuting attorney to Mr. Benson's case in the discovery phase and can testify to her role in discovery. She can also testify to her knowledge of MCPO practices and policies at the time.

9. Mark Stoner. Judge Stoner (retired) was the MCPO supervisor of both Mr. Head and Ms. Meiring. He can also testify to MCPO policies, procedures, practices and training in 1998 and 1999.

10. Scott Newman. Mr. Newman was the elected prosecutor at the time of Mr. Benson's murder trial and can testify to the policies, practices, procedures and training in effect at the MCPO in 1998 and 1999.

11. Kelly Bauder and/or designated representative of the MCPO. Ms. Bauder has testimony as a percipient witness, in that she was the MCPO CIU deputy prosecuting attorney assigned to review Mr. Benson's case. She can testify to her role in that investigation, the location of the MCPO criminal file, the statements and affidavit given by Det. Jones, and the subsequent reversal of the conviction. Ms. Bauder (or another designated representative of the MCPO) can testify as a representative of the MCPO as to customs, policies and practices in place in 1998, 1999, and in the immediate subsequent years, as designated in the 30(b)(6) deposition in this case. She can also testify to the customs, policies, practices and procedures of the CIU during its re-investigation of the Benson prosecution.

12. Timothy J. Miller. Mr. Miller was Mr. Benson's criminal defense attorney in the original criminal prosecution. He can testify to his role as attorney in the case, the lack of any criminal defense file, his memory of the defense, including discovery and his awareness of evidence related to Mr. Webster, and related matters.

13. James Hendrix. Mr. Hendrix was an investigator that worked with Mr. Miller on Mr. Benson's defense at the criminal trial. Mr. Hendrix can testify to his role.

14. Joseph Webster. Mr. Webster was identified as a suspect in the investigation; however, he denies any involvement in the murder of Schoen. He can testify to his memory of the case

and/or investigation, as well as his memory of Mr. Benson, Ezell Neville, and other persons identified in the investigation.

15. Christy Schmidt. Ms. Schmitt was an eyewitness to the shooting. Ms. Schmitt identified Mr. Benson as the person who killed Mr. Schoen. She stands by her identification. She can testify regarding the shooting, her identification, her deposition, and her trial testimony.

16. Dakarai Fulton. Mr. Fulton gave a taped statement indicating that he witnessed Mr. Webster shoot Mr. Schoen; however, he did not testify at either of Mr. Benson's trials despite being listed as a witness. He can testify to his involvement in the investigation.

17. Ezell Neville. Mr. Neville was an acquaintance of Mr. Webster. He is known as "Bo" and is believed to be the person identified in a note from Det. Randy West.

18. Tameka Johnson. Ms. Johnson was named in the tip from Sgt. Randy West and dated Mr. Neville.

19. Jamal Abdullah. Officer Abdullah was an IPD officer who arrested Mr. Webster approximately one month prior to the Schoen homicide.

20. Shirley Gaskin. Ms. Gaskin was stopped with Mr. Benson during the homicide investigation. She gave a statement to Det. Jones, and this statement was disclosed.

21. Michael Humphries. Mr. Humphries was an alleged victim of a battery involving Mr. Benson who came to the attention of IPD detectives during the investigation.

22. Carol Knight. Ms. Knight was an eyewitness to events immediately after the Schoen homicide and testified at both of Mr. Benson's criminal trials.

23. Latasha Shepherd. Ms. Shepherd was named in a tip related to the Schoen homicide.

24. David J. Brundage. Mr. Brundage was an employee for the Marion County Forensic Services Agency ("Crime Lab") and can testify to his testing in the Schoen homicide.

25. Eric Mason. Mr. Mason is an investigator working for Mr. Benson. He was present for interviews of Det. Jones.

26. Records Custodian GRM Information Management Services, Inc;

27. Dr. Jared Brosch. Dr. Brosch can testify to Det. Jones's medical and mental condition and his ability to testify at a deposition or at a trial.

28. Dr. Frederick W. Unverzagt. Dr. Unverzagt can testify to Det. Jones's medical and mental condition and his ability to testify at a deposition or at a trial.

29. Dr. John Wixted. Dr. Wixted is an expert in the field of memory and witness identification. He will testify consistent with his expert disclosure in this case.

30. Jerry Rodriguez. Mr. Rodriguez is a retired police officer and police administrator. He is an expert in the field of police investigations and policies. He will testify consistent with his expert disclosure in this case.

31. All witnesses listed by any party in this matter;

32. Any witness disclosed or identified by any party to this litigation, including those identified in Rule 26 disclosures;

33. Any expert named by any party prior to Defendants' expert witness deadline or another order of this Court;

34. Any witness necessary for rebuttal or impeachment;

35. Any other individuals identified during the course of discovery; and

36. Any person necessary to authenticate, or otherwise lay an evidentiary foundation for, any documents.

Defendants reserve the right to modify, amend, or supplement this witness list consistent with the Federal Rules of Civil Procedure and any orders of this Court.

**Final Exhibit List**

Defendants' final exhibit list is as follows[2]:

| Ex. No. | Description | Bates Label |
|---|---|---|
| 1 | Declaration of Carol Knight, 4/22/2022 | N/A |
| 2 | Phone Call Recording, 3/10/2022 | N/A |
| 3 | Phone Call Recording, 3/29/2022 | N/A |
| 4 | Trial Testimony Excerpts, 5/1999 | BENSON 001031 and BENSON 001206-1224 |
| 5 | Amended Notice of 30(b)(6) Deposition | N/A |
| 6 | Discovery and Cooperation Agreement, 3/4/2022 (LB signature) | BENSON 011515-11519 |
| 7 | October 18, 2021 emails (including Oct. 19, 2021 email re file location) | BENSON 010892-10897 |
| 8 | May 17, 2022 emails re file storage | BENSON 010485-10487 |
| 9 | Delivery Workorder from GRM Document Management | N/A |
| 10 | Legal Policy Manual, 2001 (Newman) | MCPO_SUPP-000391-453 |
| 11 | Legal Policy Manual (Brizzi) | MCPO_SUPP-000219-281 |
| 12 | Screening Checklist | MCPO_010257-10260 |
| 13 | Need List | CITY_000343 |
| 14 | Trial Prep Notes | MCPO_010329-10340 |
| 15 | State's Answer to Defense Motion to Amend Petition for Post Conviction Relief, 3/8/2023 (Benson v. State of Indiana) | MCPO_003378-3388 |
| 16 | D. Fulton Criminal history | MCPO_009703-9706 |
| 17 | D. Fulton map/drawing | N/A |
| 18 | D. Fulton Statement | MCPO_009707-9716 |
| 19 | Photo Arrays | BENSON 005203-5208 |

---

[2] All exhibits have been exchanged both in written discovery and at depositions. The Exhibit Number identified herein were exhibit numbers applied in the depositions. As a result, counsel certifies that, unless otherwise noted, Plaintiffs' counsel have copies of the exhibits with exhibit numbers as they were provided at depositions and are contained with witness depositions.

| Ex. No. | Description | Bates Label |
|---|---|---|
| 20 | Emails from D. Fulton | BENSON 000455-457 |
| 21 | Fulton PCR Testimony | BENSON 003721-3750 |
| 22 | D. Fulton Declaration | MCPO_003258-3260 |
| 23 | D. Fulton handwriting sample | N/A |
| 24 | PC Affidavit/Charging Info. | MCPO_002348-2352 |
| 25 | CCS (Benson) | N/A |
| 26 | 9.2.98 Discovery Compliance | MCPO_009728-9729 |
| 27 | 9.23.98 Supp. Disc. Compliance | MCPO_009730-9731 |
| 28 | 1.27.99 Supp. Disc. Compliance | MCPO_010029-10030 |
| 29 | Jones Deposition (State v. Benson) | MCPO_009545-9572 |
| 30 | 2.8.2002 Email from R. Head file | MCPO_SUPP-000167 |
| 31 | 2.5.2002 Email from R. Head file | MCPO_SUPP-000170 |
| 32 | 8.18.1998 Screening Notes | MCPO_010261-10262 |
| 33 | 8.20.1998 Screening Notes | MCPO_010263-10265 |
| 34 | Receipt of Legal Policy Man. (Head) | MCPO_SUPP-000171 |
| 35 | Cert. of Attend. and Viewing (Head) | MCPO_SUPP-000186 |
| 36 | 5.5.1999 Supp. Disc. Compliance | MCPO_0001563 |
| 37 | 5.20.1999 Benson's Witness List | MCPO_005845 |
| 38 | 5.17.1999 Benson's Witness List | MCPO_009943 |
| 39 | IPD Supp. Case Report | CITY_000101 |
| 40 | Crime Stoppers reports | MCPO_009701-9702 |
| 41 | Crime Stoppers / West Tip | CITY_000316-320 |
| 42 | Array 22512 | MCPO_009975-9976 |
| 43 | Array 22512/22562 (w/ sigs) | MCPO_009977-9983 |
| 44 | Array signature Futon / Brooks | MCPO_009984-9985 |
| 45 | Randy Head's Closing Notes | MCPO_010234-10235 |
| 46 | Compilation of "undisc. material." | CITY_002372-2476; *see also* MCPO_007676-MCPO_007801 |
| 47 | Dakarai Fulton statement (dup.) | CITY_009707-9716 |
| 48 | Affidavit of Tim Miller | CITY_005356-5357 |
| 49 | Declaration of Tim Miller | BENSON_12754-12756 |

| Ex. No. | Description | Bates Label |
|---|---|---|
| 50 | 2.4.1999 Letter from T. Miller | MCPO_009896-9897 |
| 51 | 5.6.1999 Letter from T. Miller | MCPO_009898 |
| 52 | Petition for Transport Order | MCPO_009941-9942 |
| 53 | Transcript from A. Jones Cross (1st) | CITY_001408-1409 CITY_001503-1513 |
| 54 | Transcript from A. Jones Cross (2nd) | CITY_000915-921 CITY_001105-1118 |
| 55 | Receipt of Legal Policy Man. (Meiring) | MCPO_SUPP-000034 |
| 56 | Email dated 5.17.2022 re Need List | MCPO_010485-10487 |
| 57 | Screening PCA (MCPO) | MCPO_010266 |
| 58 | Laten Print Eval. Report (Layton) | MCPO_009857 |
| 59 | Latent Print Identification (Petty) | MCPO_009854 |
| 60 | Transcript of A. Jones Statement | CITY_005370-5408 |
| 61 | Declaration of A. Jones | MCPO_003233-3234 |
| 62 | Testimony of Joseph Webster | MCPO_004281-4294 |
| 63 (CONFIDENTIAL) | Email dated 4/27/2022 | BENSON 007975-7977 |
| 64 (CONFIDENTIAL) | Email dated 6/27/2022 from LB | BENSON 009752 |
| 65 (CONFIDENTIAL) | Email dated 6/27/2022 from KB | BENSON 009755 |
| 66 (CONFIDENTIAL) | Email dated 8/22/2022 from KB with rationale | BENSON 008308-8316 |
| 67 | Email dated 5/8/2023 to Kolleen Bunch | CITY_003394 |
| 68 | Email dated 6/8/2022 from KB | BENSON 009674 |
| 69 (CONFIDENTIAL) | Email dated 8/23/20222 from Keever | BENSON 008309-8314 |
| 70 | Email dated 9/22/2022 from Keever | BENSON 011289 |
| 69 | Roy West Detective Notes (1) | CITY_000422-426 |
| 70 | Roy West Detective Notes (2) | CITY_000265-269 |

8

| Ex. No. | Description | Bates Label |
|---|---|---|
| 71 | Waiver of Rights (Brookings) | CITY_000283 |
| 72 | K. Brookings Statement | CITY_002009-2031 |
| 73 | Police Reports for L. Sheppard | CITY_000392-394 |
| 74 | L. Sheppard Police Report re stolen gun, dated 8/11/1998 | BENSON_002270-2272 |
| 75 | L. Sheppard Police Report re burglary, dated 12/21/1999 | BENSON_012110-12111 |
| 76 | Photo of N. Penn. Building north of 14th Street | N/A |
| 77 | Photo of intersection and van; shows van and truck | N/A |
| 78 | Photo: Black truck from behind with police tape | N/A |
| 79 | Photo: Black truck from front | N/A |
| 80 | Photo: Black truck from side | N/A |
| 81 | Schmitt Testimony from First Jury Trial | BENSON_001050 |
| 82 | Schmitt Testimony from Second Jury Trial | BENSON_001363 |
| 83 | Signature Sheet, C. Schmitt, Photo Array 22562 | BENSON_003253 |
| 84 | Photo Array 22562 with list of photos | BENSON_005672 |
| 85 | C. Schmitt Voluntary Statement | CITY_000039 |
| 86 | C. Schmitt Crim. Dep. | BENSON_006058 |
| 87 | C. Schmitt Statement to L. Bazelon (Audio) | CITY_000590 |
| 88 | J. Webster Photo Array (22512) | BENSON_005673 |
| 89 | A. Jones Notes re C. Schmitt | CITY_002455 |
| 90 | PPO Crain Statement of Facts (2 pages) | BENSON_012960-12961 |
| 91 | PPO Petitioner Information Sheet and Motion to Modify, Extend, or Terminate Personal Protective Order | BENSON_012937-12938 |
| 92 | Motion to Terminate PPO | BENSON_012945-12953 |
| 93 | Leon Benson Mug Shot, Criminal History, Arrest Slip (8/14/1998) | CITY_000149-157 |
| 94 | Benson Arrest Reports | BENSON_006313-6326 |
| 95 | Statement of Leon Benson (8/14/1998) | CITY_000182-199 |

9

| Ex. No. | Description | Bates Label |
|---|---|---|
| 96 | Benson Trial Testimony, pp. 224-257 (first trial) | N/A |
| 97 | Benson Trial Testimony, pp. 271-294 (second trial) | N/A |
| 98 | Plaintiff Leon Benson's Amended Answers to Defendant Alan Jones' First Set of Interrogatories (10/21/2025) | N/A |
| 99 | Complaint, Case No. 1:24-cv-00839-JPH-MJD (5/20/2024) | |
| 100 | Witness notes (Michael Humphries) (8/8/1998) | BENSON_006177-6178 |
| 101 | Assault Report by Michael Humphries (4/2/1998) | BENSON_006366-6367 |
| 102 | Letters of Gratitude, Leon Benson | |
| 103 | Recording of E. Neville (video / audio) | BENSON_5036 |
| - | - | - |
| 105 | Advice of Rights of Leon Benson (8/14/1998) | CITY_000208 |
| 106 | Transcription of J. Webster interview | N/A |
| 107 | Complaint, Case No. 1:24-cv-00839-JPH-MJD (5/20/2024) (Duplicate) | N/A |
| 108 | Plaintiff Kolleen Bunch's Answers to the City of Indianapolis, Leslie VanBuskirk, Steven Garner, Eli McAllister, and Columbus Ricks' First Set of Interrogatories (11/4/2024) | N/A |
| 109 | Kolleen Bunch's handwritten notes re calls | N/A |
| 110 | 5/8/2023 Email from K. Bauder to E. McAllister with K. Bunch correspondence | CITY_003393 |
| 111 | 5/8/2023 Email from E. McAllister to C. Ricks with email correspondence between K. Bunch and K. Bauder | CITY_003396-3398 |
| 112 | Transcription of phone call between K. Bunch and C. Ricks (7/7/2023) | N/A |
| - | - | - |
| 115 | Trial Testimony of C. Schmitt and D. Brooks (May 1999) | MCPO_006709-6840 |
| 116 | Trial Testimony of C. Schmitt (July 1999) | BENSON_001335-1409 |
| N/A | Basic Detective School, Case File Management | CITY_005501-5508 |

| Ex. No. | Description | Bates Label |
|---|---|---|
| N/A | Alan Jones Training records | CITY_004232-4337 |
| N/A | Leslie VanBuskirk Training records | CITY_004918-5354 |
| N/A | Columbus Ricks Training records | CITY_004853-4917 |
| Fulton 1 | Google Map | N/A |
| Fulton 5 | Jones Notes re D. Fulton | CITY_000229-230 |
| Fulton 8 | Google Street View | N/A |
| Miller 5 | Stipulation | BENSON 006482 |
| Miller 16 | Defendant's List of Witnesses, 5.6.1999 | BENSON 003123-3124 |
| Miller 20 | Defendant's List of Witnesses, 6.2.1999 | BENSON 003133 |
| Miller 22 (exhibit) | Statement of Donald Brooks | BENSON 005745-5757 |
| McAllister 4 Ricks 4 | Email thread between Kolleen Bunch and Kelly Bauder forwarded by Eli McAllister to Columbus Ricks, 5/7/2023-5/8/2023 | CITY_003396-3398 |
| McAllister 7 Ricks 7 | First 30 seconds of recording between Columbus Ricks and Kolleen Bunch | N/A |
| McAllister 8 Ricks 8 | Transcript of conversation between Kolleen Bunch and Columbus Ricks, 7/7/2023 | N/A |
| Ricks 11 | Training Records Summary for Sgt. Columbus Ricks | CITY_004864 |
| McAllister 9 | Memorandum of the Murder of Kasey Schoen from Kelly Bauder to Eli McAllister, 3/17/2023 | MCPO_014633-14634 |
| McAllister 13 | Collective exhibit of emails reviewed by Eli McAllister the morning of deposition | N/A |
| VanBuskirk 4 | Email thread forwarded to Leslie VanBuskirk by Eli McAllister with attached Verified Amended Petition for Post-Conviction Relief | CITY_002964-3048 |
| VanBuskirk 5 | Incident History Detail (8/8/1998) | CITY_0000023-24 |
| VanBuskirk 7 | C. Schmitt Voluntary Statement (8/8/1998) | CITY_000039-52 |
| VanBuskirk 9 | Inter-Department Communication of interview and taped statement of Christy Schmitt completed by Leslie VanBuskirk (8/8/1998) | CITY_000406-408 |
| VanBuskirk 10 | Information (charges filed against Leon Benson (8/20/1998) | CITY_000242-243 |
| VanBuskirk 11 | Justis Witness and Information Sheet of Leon Benson | CITY_000340-341 |

| Ex. No. | Description | Bates Label |
|---|---|---|
| VanBuskirk 12 | Leslie VanBuskirk's Police Department Personnel Files, Training Records and Training History Report | CITY_002782-2795, |
| VanBuskirk 14 | Leslie VanBuskirk's Employment Record | CITY_003968-4034 |
| VanBuskirk 15 | Leslie VanBuskirk's Personnel Files, Awards, Sworn Officer's Time and Attendance Records | CITY_004035-4124 |
| VanBuskirk 17 | State's Notices of Discovery Compliance (9/2/1998, 9/23/1998, 1/27/1999) | CITY_002032-2038 |
| VanBuskirk 18 | Leslie VanBuskirk's Handwritten Investigation Notes | CITY_005358-5369 |
| VanBuskirk 19 | Portions of IMPD Kasey Schoen Homicide File | CITY_002372-2373 CITY_002476 CITY_002374-2475 |
| VanBuskirk 20 | IMPD Case File of Kasey Schoen Homicide | MCPO_000328-451 |
| City 1 | IPD's Rules and Regulations & Police Officer's Bill of Rights, Effective September 1998 | CITY_002684-2742 |
| City 2 | IPD 1998 Basic Detective Training School 9-14-1998- 9-25-1998 | CITY_005430-5500 |
| N/A (CONFIDENTIAL) | A. Jones 7.7.25 IU Health Medical Records | JGS_BENSON2-4 |
| N/A (CONFIDENTIAL) | A. Jones 10.15.25 IU Neuropsych Report | JGS_BENSON5-7 |
| N/A (CONFIDENTIAL) | A. Jones 4.2.23 Riverview CT Head | JGS_BENSON8-12 |
| N/A | CV – Dr. J. Brosch | JGS_BENSON13-44 |
| N/A (CONFIDENTIAL) | Declaration – Dr. J. Brosch | JGS_BENSON45-49 |
| N/A | CV – Dr. F. Unverzagt | N/A |
| N/A (CONFIDENTIAL) | A. Jones - LaFayette Regional Rehabilitation Hospital Records | SDT-LAFAYETTE001-444 |
| N/A (CONFIDENTIAL) | A. Jones – Maple Park Village Medical/Billing Records | SDT-PIKE001-687 |
| N/A (CONFIDENTIAL) | A. Jones – Roudebusch V.A. Medical Records | SDT-ROUDEBUSH VAMC1-1917 |
| N/A (CONFIDENTIAL) | A. Jones – Roudebusch V.A. CT Images | SDT-ROUDEBUSH VAMC1918 |

| Ex. No. | Description | Bates Label |
|---|---|---|
| N/A | CV, expert report and materials from Dr. J. Wixted | N/A |
| N/A | CV, expert report and materials from J. Rodriguez | N/A |
| N/A | CV, expert report and materials from Dr. J. Brocsh | N/A |
| N/A | CV, expert report and materials from Dr. F. Unverzagt | N/A |

In addition to the foregoing, Defendants identify the following exhibits that might be cited to in part or in whole at a trial of this case:

1. The first trial transcript in the criminal trial of Plaintiff Leon Benson, including, but not limited to, the testimony of Yolanda Hill and Burgess Meredith.

2. The second trial transcript in the criminal trial of Benson including, but not limited to, the testimony of Yolanda Hill and Burgess Meredith.

3. A complete copy of the IPD/IMPD file for the murder of Kasey Schoen and/or the prosecution of Leon Benson related to Marion County Superior Court Cause Number 49G02-9808-PC-134837, including a complete copy of the original IPD file provided in discovery.

4. A complete and accurate copy of the Marion Superior Court records for State of Indiana v. Leon Benson, Cause Number 49G02-9808-PC-134837 or any related appellate or post-conviction cause numbers.

5. A complete copy of any criminal files in the Marion County Prosecutor's Office possession for charges filed against Leon Benson and prosecuted by the Marion County Prosecutor's Office.

6. All documents identified by other parties pursuant to the rules of discovery.

7.   All expert reports or documents relied upon by experts.

8.   All rebuttal expert reports.

9.   All documents supplied by any party through discovery.

10.  All documents related to claimed damages, if any.

11.  All other relevant medical records, if any.

12.  All relevant records from third-parties.

13.  All documents listed in any parties' initial disclosures.

14.  Any and all pleadings and filings, including exhibits thereto, in this action.

15.  All documents identified through discovery and investigation.

16.  Any other documents necessary for rebuttal or impeachment purposes.

17.  Any other document that may come to the Defendants' attention after the filing of this Final Exhibit List and before trial, which documents will be promptly disclosed to opposing counsel.

Respectfully submitted,


/ s / *Jeffrey R. Kivetz (with permission)*
James G. Sotos, #6191975 (IL)
Jeffrey R. Kivetz, #06308250 (IL)
Andrew Leuchtmann, #6326775 (IL)
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., Suite 1240A
Chicago, IL 60604
Telephone: (630) 735-3300
Facsimile: (630) 773-0980
Email: jsotos@jsotoslaw.com
        jkivetz@jsotoslaw.com
        aleuchtmann@jsotoslaw.com

*Attorneys for Defendant, Alan F. Jones*


/ s / *Alexander P. Will*
Anthony W. Overholt, #16481-49
Alexander P. Will, #23474-49
FBT GIBBONS LLP
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN 46244-0961
Telephone: (317) 237-3800
Facsimile: (317) 237-3900
Email: aoverholt@fbtgibbons.com
        awill@fbtgibbons.com

*Attorneys for Defendants, City of Indianapolis, Leslie VanBuskirk, and Columbus Ricks*

14