| Ex. No. | Date | Bates | Description |
|---|---|---|---|
| 1 | N/A | N/A | Complete IPD File |
| 2 | N/A | N/A | Complete May 1999 Trial Transcript |
| 3 | N/A | N/A | Complete July 1999 Trial Transcript |
| 4 | 10/30/2025 | BENSON 012962-64 | Darrell Glenn Affidavit |
| 5 | Sep-98 | CITY_002684-2742 | Indianapolis Police Dept. Rules and Regulations & Police Officers Bill of Rights |
| 6 | 1998 | CITY_005430-5500 | Felony Screening Checklist |
| 7 | N/A | N/A | 30(b)(6) Notice |
| 8 | N/A | MCPO_10257-260 | Filled out Felony Screening Checklist |
| 9 | N/A | N/A | 30(b)(6) Notice |
| 10 | 3/4/2022 | BENSON 11515-19 | Discovery and Cooperation Agreement |
| 11 | 10/18/2021 | BENSON 10892-97 | Email Correspondence |
| 12 | 5/17/2022 | BENSON 10485-87 | Email Correspondence |
| 13 | 8/31/2021 | MCPO_SUPP-000459 | Delivery Workorder |
| 14 | 8/24/2001 | MCPO_SUPP-000391-453 | Legal Policy Manual - Marion County Prosecutor's Office |
| 15 | 8/24/2001 | MCPO_SUPP-000219-281 | Legal Policy Manual - Marion County Prosecutor's Office |
| 16 | N/A | CITY_000343 | Handwritten List |
| 17 | N/A | MCPO_010329-40 | Handwritten Notes |
| 18 | 3/8/2023 | MCPO_003378-88 | State's Answer to Defense Motion to Amend Petition for Post Conviction Relief |
| 19 | 5/11/2022 | BENSON 001981-82 | Declaration of Alan Jones |
| 20 | 12/1/2022 | BENSON 008417 | Email from K. Bauder to F. Watson et al. |
| 21 | 8/26/2021 | BENSON 008078-8113 | Email from L. Bazelon to K. Bauder et al |
| 22 | 12/10/2021 | BENSON 008330-33 | Email from K. Bauder to L. Bazelon et al |
| 23 | 1/9/2023 | BENSON 009041 | Email from K. Bauder to L. Bazelon et al |
| 24 | 7/11/2022 | BENSON 009399-400 | Email from K. Bauder to L. Bazelon et al |
| 25 | 5/17/2022 | BENSON 010485-87 | Email from L. Bazelon to K. Bauder et al |
| 26 | N/A | MCPO_010266-67 | Affidavit of Probable Cause with Handwriting |
| 27 | 8/10/1998 | MCPO_009857 | Latent Print Evaluation Report |
| 28 | 8/13/1998 | MCPO_009854 | Inter-Department Communication |

| Ex. No. | Date | Bates | Description |
|---|---|---|---|
| 29 | 3/10/2022 | CITY_005370-5408 | Transcript of Recording of Interview with Alan Jones |
| 30 | 10/3/2019 | MCPO_4281-94 | Partial Transcript of Joseph Webster in 17-cv-222 (Ezell Neville Trial) |
| 31 | 4/27/2022 | BENSON 007975-77 | Email from K. Bauder to C.N. Keever (CONFIDENTIAL) |
| 32 | 6/27/2022 | BENSON 009752 | Email from K. Bauder to L. Bazelon et al (CONFIDENTIAL) |
| 33 | 6/27/2022 | BENSON 009755 | Email from K. Bauder to L. Bazelon et al (CONFIDENTIAL) |
| 34 | 8/23/2022 | BENSON 008308-8317 | Email from K. Bauder to L. Bazelon et al. |
| 35 | 5/8/2023 | CITY_003394-95 | Email from Kolleen Bunch to K. Bauder |
| 36 | 6/8/2022 | BENSON 009674 | Email from K. Bauder to L. Bazelon et al. |
| 37 | 8/23/2022 | BENSON 008309-14 | Email from K. Bauder to L. Bazelon (CONFIDENTIAL) |
| 38 | 9/22/2022 | BENSON 011289 | Email from K. Bauder to L. Bazelon et al. |
| 39 | 9/21/2022 | MCPO_SUPP-000460-63 | 2022-09-21_Mears-Election-Analysis_NT.docx |
| 40 | 9/23/1998 | MCPO_009730-31 | State's Supplemental Notice of Discovery Compliance |
| 41 | 1/27/1999 | MCPO_010029-30 | State's Supplemental Notice of Discovery Compliance |
| 42 | 5/20/1999 | MCPO_005845 | Defendant's List of Witnesses |
| 43 | 5/17/1999 | MCPO_009943 | Defendant's List of Additional Witnesses |
| 44 | 8/25/1998 | MCPO_009701-02 | Crime Stoppers of Central Indiana |
| 45 | 8/10/1998 | MCPO_009975-76 | Photo Array Sheet |
| 46 | 8/14/1998 | MCPO_009977-83 | Photo Array Sheet |
| 47 | 8/17/1998 | MCPO_009984-85 | Photo Array Sheet |
| 48 | N/A | CITY_002372-2476 | Undisclosed Material from IPD File |
| 49 | 7/22/2025 | BENSON 012937-38 | PPO Petitioner Information Sheet |
| 50 | 9/14/2025 | BENSON 012945-53 | Motion to Terminate PPO |
| 51 | N/A | CITY_000149-157 | Indianapolis Criminal History of Leon Benson |
| 52 | N/A | BENSON 006313-26 | Police Reports |
| 53 | 8/14/1998 | CITY_000182-99 | Statement of Leon Benson |
| 54 | May-99 | MCPO_12872-905 | Transcript of Leon Benson May 1999 Criminal Trial |
| 55 | Jul-99 | MCPO_17373-96 | Transcript of Leon Benson July 1999 Criminal Trial |

| Ex. No. | Date | Bates | Description |
|---|---|---|---|
| 56 | 5/20/2024 | | Complaint |
| 57 | 8/8/1998 | BENSON 006177-78 | Handwritten Notes re: Mike Humphires |
| 58 | 4/2/1998 | BENSON 006366-67 | Police Report |
| 59 | N/A | N/A | Letters of Gratitude -Poety Series |
| 60 | N/A | Bunch Ex. 109 | Bunch Handwritten Notes |
| 61 | 5/8/2023 | CITY_003393 | Email with Kelly Bauder and Kolleen Bunch |
| 62 | 5/8/2023 | CITY_003396-98 | Email from E. McCallister to C. Ricks |
| 63 | 7/7/2023 | MCPO_011995-12028 | Transcript of Conversation with K. Bunch and Sgt. Ricks |
| 64 | N/A | MCPO_009703-06 | Dakarai Fulton Criminal History |
| 65 | N/A | N/A | Hand Drawn Diagram |
| 66 | 8/17/1998 | MCPO_009707-16 | Statement of Dakarai Fulton |
| 67 | 8/15/1998 | BENSON 005203-08 | Photo Array Sheet |
| 68 | 8/19/2009 | BENSON 000455-57 | Emails with Dakarai Fulton |
| 69 | N/A | BENSON 003721-50 | Transcript of Dakarai Fulton Post Conviction Proceeding |
| 70 | 3/8/2022 | MCPO_003258-60 | Declaration of Dakarai Fulton |
| 71 | N/A | N/A | Hand Writing Sample |
| 72 | N/A | N/A | Google Street Map |
| 73 | 8/17/1998 | CITY_000229-30 | Detective Jones Handwritten Notes |
| 74 | N/A | N/A | Google Street Map of Pennsylvania Street |
| 75 | N/A | MCPO_009545-10343 | MCPO Digital Files Produced in Discovery |
| 76 | 5/11/2022 | MCPO_007660-61 | Declaration of Alan Jones |
| 77 | 5/25/1999 | MCPO_007460 | Note to Judge from Jury Foreman |
| 78 | N/A | MCPO_010257-60 | Felony Screening Checklist |
| 79 | N/A | MCPO_010329-40 | Handwritten Notes |
| 80 | 8/20/1998 | MCPO_002348-52 | Affidavit for Probable Cause |
| 81 | 9/2/1998 | MCPO_009728-29 | State's Notice of Discovery Compliance |
| 82 | 3/26/1999 | MCPO_009545-9572 | Deposition of Alan Jones |

| Ex. No. | Date | Bates | Description |
|---|---|---|---|
| 83 | 2/8/2002 | MCPO_SUPP-000167 | Email from R. Staples to J. Commons et al |
| 84 | 2/5/2002 | MCPO_SUPP-000170 | Email from R. Byron to J. Commons and R. Staples |
| 85 | 18-Aug | MCPO_010261-62 | Handwritten Notes |
| 86 | 20-Aug | MCPO_010263-65 | Handwritten Notes |
| 87 | 8/24/2001 | MCPO_SUPP-000171 | Acknowledgment of Receipt re_Legal Policy Manual |
| 88 | 6/13/2000 | MCPO_SUPP-000186 | Certificate of Attendance |
| 89 | 5/5/1999 | MCPO_001563 | State's Supplemental Notice of Discovery Compliance |
| 90 | N/A | CITY_000101-107 | Supplemental Case Report |
| 91 | 8/25/1998 | CITY_000316-20 | Crime Stoppers of Central Indiana |
| 92 | N/A | MCPO_010234-35 | Randall Head Handwritten Notes |
| 93 | 4/22/2022 | CITY_001372-74 | Declaration of Carol Knight |
| 94 | Jul-99 | BENSON 001031; 1206-24 | Jury Trial Testimony Carol Knight - July |
| 95 | 3/10/2022 | BENSON 5038 | Audio of Carol Knight Telephone Call |
| 96 | 3/29/2022 | BENSON 5039 | Carol Knight Interview |
| 97 | 3/8/2023 | CITY_002796-2879 | Email from K. Bauder to E. McCallister with attachments |
| 98 | 3/8/2023 | CITY_002880-2963 | Email from E. Mcallister to R. Spurgeon et al with attachments |
| 99 | 3/13/2023 | CITY_003223-33207 | Email from R. Spurgeon to C. Brenner et al with attachments |
| 100 | 5/31/2023 | CITY_003399 | Email from E. McCallister to K. Bauder |
| 101 | 5/31/2023 | CITY_003400 | Email from E. McCallister to C. Ricks |
| 102 | N/A | CITY_003885-003967 | Eli McAllister Files_Redacted |
| 103 | 3/17/2023 | MCPO_014633-34 | Memo to E. McCallister from K. Bauder re: Murder of Kasey Schoen |
| 104 | N/A | CITY_002477-002511 | Citizens Police Complaint Office Records |
| 105 | 3/10/2025 | N/A | Email from E. McCallister to R. Spurgeon |
| 106 | 8/24/2001 | MCPO_SUPP-000034 | Acknowledgment of Receipt re_Legal Policy Manual |
| 107 | 6/29/2022 | BENSON 5036 | Ezelle Neville Call Audio |
| 108 | N/A | CITY_004864-65 | Columbus Ricks Training Record |
| 109 | 7/7/2023 | BENSON 5994 | Columbus Ricks and Kollen Bunch Audio Call |

| Ex. No. | Date | Bates | Description |
|---|---|---|---|
| 110 | N/A | BENSON 006149 | Photo of Car and Street Used During Schmitt Deposition |
| 111 | N/A | | Photo of Car Used as Ex. 77 During Schmitt Deposition |
| 112 | N/A | | Photo of Car # 2 Street Used During Schmitt Deposition |
| 113 | N/A | BENSON 001050-79 | Christy Schmitt Jury Trial Testimony |
| 114 | N/A | BENSON 001363-1409 | Christy Schmitt Jury Trial Testimony |
| 115 | 8/14/1998 | BENSON 003253 | Photo Array Sheet |
| 116 | N/A | BENSON 005645-5886 | Detective Alan Jones File |
| 117 | 3/26/1999 | BENSON 006058-6077 | Transcript of Christy Schmitt Dep |
| 118 | N/A | CITY_000321-000332 | Detective Notes - Christy Schmitt Interview |
| 119 | Mar-22 | CITY_000590 | Christy Schmitt Audio |
| 120 | 8/10/1998 | BENSON 005673 | Photo Array Sheet |
| 121 | 8/12/1998 | CITY_002455-56 | Notes from the Indianapolis Police Dept. File |
| 122 | N/A | | Photo Used as Ex. 78 During Schmitt Deposition |
| 123 | N/A | BENSON 000978 | Map |
| 124 | 8/8/1998 | BENSON 002144-47 | Confidential Case Report by Alan Jones |
| 125 | N/A | CITY_000392-394 | Police Report re: Latasha Sheppard |
| 126 | 3/28/2013 | BENSON 002270-72 | Police Report re: Latasha Sheppard |
| 127 | 12/21/1999 | BENSON 012110-11 | Police Report re: Latasha Sheppard |
| 128 | N/A | N/A | Court Docket for State v. Benson, 49G02-9808-PC-134837 |
| 129 | 3/26/1999 | MCPO_009545-72 | Alan Jones Deposition, State v. Benson |
| 130 | 3/10/2023 | CITY_002964-3048 | Email from E. McCallister to L. VanBuskirk |
| 131 | 8/8/1998 | CITY_000023-24 | Incident History Report |
| 132 | 8/8/1998 | CITY_000039-52 | Christy Schmitt Statement to L. VanBuskirk |
| 133 | 8/8/1998 | CITY_000406-408 | Inter-Department Communication re: Christy Schmitt |
| 134 | 8/20/1998 | CITY_000242-43 | Affirmation of A. Jones with Prosecuting Attorney C. Johnson |
| 135 | N/A | CITY_000340-41 | Justis Witness and Information Sheet |
| 136 | N/A | CITY_002782-95 | Leslie VanBuskirk's Training Record |

| Ex. No. | Date | Bates | Description |
|---|---|---|---|
| 137 | N/A | CITY_003968-4034 | Leslie VanBuskirk's Personnel File |
| 138 | N/A | CITY_004035-4124 | Leslie VanBuskirk's Personnel File |
| 139 | N/A | CITY_002032-38 | Compilation of Discovery Compliance |
| 140 | 8/8/1998 | CITY_005358-69 | Handwritten Notes |
| 141 | N/A | MCPO_000328-451 | Excerpts from IPD File |
| 142 | 8/14/1998 | CITY_000208 | Advice of Rights, Waiver of Rights |
| 143 | 8/8/1998 | CITY_000422-26 | Handwritten Notes |
| 144 | 9/9/1998 | CITY_000265-69 | Handwritten Notes |
| 145 | 9/9/1998 | CITY_000283 | Advice of Rights, Waiver of Rights |
| 146 | 9/9/1998 | CITY_002009-31 | Statement of Kenneth Derrick Brookings |
| 147 | 8/5/2019 | CITY_002053-2222 | US v. Neville et al., Transcript |
| 148 | 3/30/1999 | BENSON 002492-98 | Amended Indictment - Joseph Webster |
| 126 | 8/18/1998 | BENSON 006255-56 | Joseph Webster Juvenile Record |
| 127 | 8/26/1998 | MCPO_006660 | Booking Information - Joseph Webster |
| 128 | 8/9/2022 | CITY_000451-474 | Call with Joseph Webster (rough transcript) |
| 129 | 10/29/2025 | N/A | Grace Sibley 30(b)(6) Deposition, inclusive of any exhibits |
| 130 | 6/16/2025 | N/A | Kelly Bauder Deposition 30(b)(6), inclusive of any exhibits |
| 131 | 8/26/2025 | N/A | Kelly Bauder Deposition, inclusive of any exhibits |
| 132 | 10/21/2025 | N/A | Leon Benson Deposition, inclusive of any exhibits |
| 133 | 10/28/2025 | N/A | Kolleen Bunch Deposition, inclusive of any exhibits |
| 134 | 7/1/2025 | N/A | Dakarai C. Fulton Deposition, inclusive of any exhibits |
| 135 | 7/9/2025 | N/A | Randall Head Deposition, inclusive of any exhibits |
| 136 | 5/7/2025 | N/A | Carol Knight Deposition, inclusive of any exhibits |
| 137 | 10/8/2025 | N/A | Eli McCallister Deposition, inclusive of any exhibits |
| 138 | 8/15/2025 | N/A | Adrienne Meiring Deposition, inclusive of any exhibits |
| 139 | 11/19/2025 | N/A | Ezell Neville Deposition, inclusive of any exhibits |
| 140 | 10/17/2025 | N/A | Columbus Ricks Deposition, inclusive of any exhibits |

| Ex. No. | Date | Bates | Description |
|---|---|---|---|
| 141 | 9/24/2025 | N/A | Christy Schmitt Deposition, inclusive of any exhibits |
| 142 | 10/7/2025 | N/A | Latasha Sheppard Deposition, inclusive of any exhibits |
| 143 | 7/8/2025 | N/A | Mark Stoner Deposition, inclusive of any exhibits |
| 144 | 10/22/2025 | N/A | Leslie VanBuskirk Deposition, inclusive of any exhibits |
| 145 | 9/4/2025 | N/A | Roy West Deposition, inclusive of any exhibits |
| 146 | 10/15/2025 | N/A | Joseph Webster Deposition, inclusive of any exhibits |
| 147 | 10/27/2025 | N/A | Joseph Webster Deposition, inclusive of any exhibits |
| 148 | 10/21/2025 | N/A | Benson's Amended Answers to Jones' First Interrogatories |
| 149 | 11/4/2024 | N/A | Benson's Answers to City et al's First Interrogatories |
| 150 | 12/18/2024 | N/A | Defendant Eli McCallister's Answers to Benson First Set of Interrogatories |
| 151 | 7/30/2025 | N/A | Defendant Eli McCallister's Supplemental Answers to Benson First Set of Interrogatories |
| 152 | 12/18/2024 | N/A | Columbus Ricks Answers to Leon Benson's First Set of Interrogatories |
| 153 | 8/6/2025 | N/A | Columbus Ricks Supplemental Answers to Leon Benson's First Set of Interrogatories |
| 154 | 6/13/2025 | N/A | Leslie VanBuskirk's First Supplemental Answers to Leon Benson's First Set of Interrogatories |
| 155 | 8/1/2025 | N/A | Leslie VanBuskirk's Second Supplemental Answers to Leon Benson's First Set of Interrogatories |
| 156 | 12/18/2024 | N/A | Leslie VanBuskirk's Answers to Leon Benson's First Set of Interrogatories |
| 157 | 1/15/2025 | N/A | Alan Jones' Answers to Leon Benson's First Set of Interrogatories |
| 158 | 7/3/2025 | N/A | City of Indianapolis Answers to Leon Benson's First Set of Interrogatories (NOT SIGNED) |
| 159 | 1/16/2025 | N/A | City of Indianapolis Answers to Leon Benson's First Set of Interrogatories |
| 160 | N/A | N/A | Defendant City of Indianapolis' Responses to Plaintiffs' First Request for Production |
| 161 | 1/15/2025 | N/A | Alan Jones' Answers to Leon Benson's First Request for Production |
| 162 | 12/19/2024 | N/A | Steve Garner's Answers to Benson's First set of Interrogatories |
| 163 | N/A | CITY_005501-5508 | IPD 1998 Basic Detective School, Case File Management |
| 164 | 4/12/2026 | N/A | Defendants' expert witness, John Wixted, report |

| Ex. No. | Date | Bates | Description |
|---|---|---|---|
| 165 | 1/7/2026 | N/A | Defendants' expert witness, John Wixted, curriculum vitae |
| 166 | 3/17/2026 | N/A | LLRMI invoice #5209 (Defendants' expert witness, Jerry Rodriguez, fee) |
| 167 | N/A | N/A | Defendants' expert witness, Jerry Rodriguez, curriculum vitae |
| 168 | 4/13/2026 | N/A | Defendants' expert witness, Frederick Unverzagt, report letter |
| 169 | 4/13/2026 | N/A | Defendants' expert witness, Jared Brosch, report letter |
| 170 | 3/18/2026 | N/A | Defendants' expert witness, John Wixted, testimony from the last 5 years |
| 171 | N/A | N/A | Defendants' expert witness, Jerry Rodriguez, testimony from the last 5 years |
| 172 | 4/13/2026 | N/A | Defendants' expert witness, Jerry Rodriguez, report |
| 173 | 4/13/2026 | N/A | Defendants' expert disclosures |