UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LEON BENSON,<br>KOLLEEN BUNCH, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-00839-JPH-MJD |
| | ) | |
| CITY OF INDIANAPOLIS,<br>ALAN F. JONES,<br>LESLIE VANBUSKIRK,<br>STEVEN GARNER,<br>ELI MCALLISTER,<br>COLUMBUS RICKS, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| INDIANA BOARD OF LAW EXAMINERS, | ) | |
| | ) | |
| Interested Party. | ) | |
| | ) | |
| Los Angeles Police Department, | ) | |
| | ) | |
| Miscellaneous. | ) | |

**ORDER**

This matter is before the Court on Joint Motion For Extension of Time to Complete Defendant Jones' Deposition and Expert Discovery. [Dkt. 219.]  The Court, being duly advised, hereby **GRANTS** the motion.  The approved Case Management Plan as amended [Dkts. 38, 176, 200, & 203 at 18] is hereby further amended as follows:

**III. Pretrial Pleadings and Disclosures**

H. Any party who wishes to limit or preclude expert testimony at trial shall file any such objections on or before **September 11, 2026**. Any party who wishes to preclude expert witness testimony at the summary judgment stage shall file any

such objections with their responsive brief within the briefing schedule established by S.D. Ind. L.R. 56-1.

**IV. Discovery and Dispositive Motions**

C. Non-expert witness discovery and discovery relating to liability issues shall be completed by **October 31, 2025**; all remaining discovery shall be completed by **July 1, 2026**.

D. Defendants shall file any dispositive motion on or before **June 22, 2026**; Plaintiffs shall respond to Defendants' dispositive motion, and shall include any cross-dispositive motion, on or before **July 20, 2026**; Defendants shall respond to Plaintiffs' cross-dispositive motion, and shall include any reply in support of Defendants' dispositive motion, on or before **August 17, 2026**; Plaintiffs shall file any reply in support of their cross-dispositive motion on or before **August 31, 2026**. If Plaintiffs do not file a cross-dispositive motion, Defendants shall file any reply in support of their dispositive motion on or before **August 7, 2026**.

All other requirements of the approved Case Management Plan as amended [Dkts. 38, 176, 200, & 203 at 18] remain in effect.

SO ORDERED.

Dated:  2 JUN 2026

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.