**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **LEON BENSON,** | ) **CASE NO. 1:24-cv-00839 JPH-MJD** |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **CITY OF INDIANAPOLIS, ALAN F.** | ) |
| **JONES, LESLIE VANBUSKIRK, and** | ) |
| **COLUMBUS RICKS, in their individual** | ) |
| **capacities,** | ) |
| | ) |
| **Defendants.** | ) |

**Defendants' Joint Motion for Summary Judgment**

Defendants City of Indianapolis, Leslie VanBuskirk, Columbus Ricks, and Alan Jones, by their

respective counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, now file their

Joint Motion for Summary Judgment requesting that this Court enter judgment in favor of Defendants

and against Plaintiff on all six remaining claims identified in Plaintiff's Statement of Claims including

specifically:

| | |
|---|---|
| Count I: | Section 1983 claim alleging violation of due process. |
| Count II: | Section 1983 claim alleging malicious prosecution. |
| Count III: | Section 1983 claim alleging violation of the Fourth and Fourteenth Amendments for fabrication of false evidence. |
| Count IV: | Section 1983 claim for "failure to intervene." |
| Count V: | Section 1983 claim for alleged conspiracy to deprive of constitutional rights. |
| Count VI: | Section 1983 *Monell* claim against the City of Indianapolis |

(*See* ECF No. 1, Compl. ¶¶ 207-260; ECF No. 203.)

Defendants file simultaneously herewith their Brief in Support of Motion for Summary

Judgment. Defendants now designate the following evidence in support of their Motion:

ECF No. 225-1.          Exhibit 1, Indianapolis Police Department ("IPD") Detective Training;

ECF No. 225-2.          Exhibit 2, IPD Basic Investigatory Techniques;

ECF No. 225-3.          Exhibit 3, Deposition of City of Indianapolis / Commander Grace Sibley;

ECF No. 225-4.          Exhibit 4, Deposition of Leslie VanBuskirk;

ECF No. 225-5.          Exhibit 5, Deposition of Judge Mark Stoner;

ECF No. 225-6.          Exhibit 6, Deposition of Scott Newman;

ECF No. 225-7.          Exhibit 7, Deposition of Alan Jones, Vol. 4;

ECF No. 225-8.          Exhibit 8, Marion County Prosecutor's Office ("MCPO") Legal Policy Manual, 2001;

ECF No. 225-9.          Exhibit 9, IPD General Orders 1998 (Sibley Exhibit 1);

ECF No. 225-10.         Exhibit 10, P.C. Affidavit and Charging Information;

ECF No. 225-11.         Exhibit 11, Deposition of Alan Jones, 3/26/1999;

ECF No. 225-12.         Exhibit 12, Compilation of Allegedly Undisclosed Material;

ECF No. 225-13.         Exhibit 13, Taped Statement of Christy Schmitt;

ECF No. 225-14.         Exhibit 14, VanBuskirk Dep. Exhibit 5, Incident History Detail ("CAD") Report;

ECF No. 225-15.         Exhibit 15, Deposition of Alan Jones, Vol. 1;

ECF No. 225-16.         Exhibit 16, Declaration of Alan Jones, 5/18/2022;

ECF No. 225-17.         Exhibit 17, Deposition of Alan Jones, Vol. 3;

ECF No. 225-18.         Exhibit 18, Photo Arrays Numbers 22562 and 22512 with sig. sheets;

ECF No. 225-19.         Exhibit 19, MCPO Screening Notes dated 8/18;

2

ECF No. 225-20.        Exhibit 20, Handwritten notes on interview with Shirley Gaskin, 8/14/1998;

ECF No. 225-21.        Exhibit 21, Taped Statement of Plaintiff Leon Benson;

ECF No. 225-22.        Exhibit 22, Taped Statement of Yolanda Hill;

ECF No. 225-23.        Exhibit 23, Taped Statement of Burgess Meredith;

ECF No. 225-24.        Exhibit 24, Taped Statement of Donald Brooks;

ECF No. 225-25.        Exhibit 25, Taped Statement of Dakarai Fulton;

ECF No. 225-26.        Exhibit 26, Deposition of Dakarai Fulton;

ECF No. 225-27.        Exhibit 27, Case Management Program, #776073G;

ECF No. 225-28.        Exhibit 28, Deposition of Timothy Miller;

ECF No. 225-29.        Exhibit 29, MCPO Screening Notes dated 8/20;

ECF No. 225-30.        Exhibit 30, Deposition of Adrienne Meiring;

ECF No. 225-31.        Exhibit 31, Felony Screening Checklist dated 8/17/1998;

ECF No. 225-32.        Exhibit 32, redline draft of P.C. Affidavit;

ECF No. 225-33.        Exhibit 33, Deposition of Kelly Bauder;

ECF No. 225-34.        Exhibit 34, Crime Stoppers tips;

ECF No. 225-35.        Exhibit 35, Police reports regarding L.S. and Joseph Webster;

ECF No. 225-36.        Exhibit 36, Deposition of Roy West;

ECF No. 225-37.        Exhibit 37, Roy West handwritten notes;

ECF No. 225-38.        Exhibit 38, Taped Statement of Kenneth Brookings;

ECF No. 225-39.        Exhibit 39, Notice of Discovery Compliance, 9/2/1998;

ECF No. 225-40.        Exhibit 40, Supp. Notice of Discovery Compliance, 9/23/1998;

ECF No. 225-41.        Exhibit 41, Supp. Notice of Discovery Compliance, 1/27/1999;

ECF No. 225-42.        Exhibit 42, "Need List" from IPD homicide file;

ECF No. 225-43.        Exhibit 43, MCPO handwritten notes, including "Need List;"

ECF No. 225-44.        Exhibit 44, Deposition of Randall Head;

ECF No. 225-45.        Exhibit 45, Supp. Notice of Discovery Compliance, 5/5/1999;

ECF No. 225-46.        Exhibit 46, Trial Transcript from Leon Benson's criminal trial, 5/24/1999;

ECF No. 225-47.        Exhibit 47, Deposition of Christy Schmitt;

ECF No. 225-48.        Exhibit 48, Trial Transcript from Leon Benson's criminal trial, 7/6/1999;

ECF No. 225-49.        Exhibit 49, Deposition of Columbus Ricks;

ECF No. 225-50.        Exhibit 50, Deposition of MCPO / Kelly Bauder;

ECF No. 225-51.        Exhibit 51, Affidavit of Alan Jones, 5/11/2022;

ECF No. 225-52.        Exhibit 52, Deposition of Ezell Neville;

ECF No. 225-53.        Exhibit 53, State's Answer to Defense Motion to Amend Petition for Post-Conviction Relief, 3/8/2023;

ECF No. 225-54.        Exhibit 54, Declaration of Darrell Glenn, 10/30/2025;

ECF No. 225-55.        Exhibit 55, Plaintiff's Amended Interrogatory Responses;

ECF No. 225-56.        Exhibit 56, Jones training records;

ECF No. 225-57.        Exhibit 57, VanBuskirk Dep. Ex. 12, VanBuskirk training records;

ECF No. 225-58.        Exhibit 58, Keeper of the Records Affidavit (Homicide File);

ECF No. 225-59.        Exhibit 59, Keeper of the Records Affidavit (Training); and,

ECF No. 225-60.        Exhibit 60, Keeper of the Records Affidavit (Policy).

WHEREFORE, Defendants City of Indianapolis, Leslie VanBuskirk, Columbus Ricks, and Alan Jones, by their respective counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully request that this Court GRANT this Joint Motion for Summary Judgment, enter final judgment in its favor and against Plaintiffs on all claims with prejudice, and award it all other appropriate relief.

FBT GIBBONS, LLP

By:　/ s / *Alexander P. Will*
　　　Anthony W. Overholt, #16481-49
　　　Alexander P. Will, #23474-49
　　　111 Monument Circle, Suite 4500
　　　P.O. Box 44961
　　　Indianapolis, IN  46244-0961
　　　Telephone:　(317) 237-3800
　　　Facsimile:　(317) 237-3900
　　　Email:　　aoverholt@fbtgibbons.com
　　　　　　　awill@fbtgibbons.com

*Attorneys for Defendants, City of Indianapolis, Leslie VanBuskirk, and Columbus Ricks*

THE SOTOS LAW FIRM, P.C.

By:　/s/ *Jeffrey R. Kivetz (with permission)*
　　　Jeffrey R. Kivetz
　　　Andrew X. Leuchtmann
　　　Laura M. Ranum
　　　141 W. Jackson Blvd., Suite 1240A
　　　Chicago, IL  60604
　　　Telephone:　(630) 735-3311
　　　Facsimile:　(630) 773-0980
　　　Email:　　jkivetz@jsotoslaw.com
　　　　　　　aleuchtmann@jsotoslaw.com
　　　　　　　lranum@jsotoslaw.com

*Attorneys for Defendant, Alan Jones*

LR02314.0779895   4898-3869-6373v6